UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK G. JOHNSON and
PAUL EICHENBURG,

       Plaintiffs,

Case No. 17-10396

v.

Hon. John Corbett O'Meara

ROBERTS AND FREATMAN,
P.L.C.,

       Defendant.
_____/

## ORDER SATISFYING ORDER TO SHOW CAUSE

The court issued an order on July 20, 2017 for Plaintiffs to show cause why this action should not be dismissed for failure to prosecute. Plaintiffs filed a response on July 26, 2017. Having reviewed and considered the matter;

IT IS HEREBY ORDERED that the show cause order has been satisfied.

                          s/John Corbett O'Meara
                          United States District Judge

Date: July 31, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on this date, July 31, 2017, using the ECF system.

                          s/William Barkholz
                          Case Manager