# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

Mark G. Johnson &
Paul H. Eichenberg,

       Plaintiffs,

   v.

Roberts & Freatman, PLC.
     Defendants

Case No. 5:17-CV-10396-JCO-SDD

Hon. John Corbett O'Meara

Magistrate Stephanie Dawkins Davis

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that Plaintiffs Mark G. Johnson and Paul H. Eichenberg pursuant to Fed. R. Civ. P. 41(a)(1)A)(I) hereby dismisses this matter with prejudice.

Dated: October 30, 2017

/s/ John Evanchek, Esq.
John Evanchek, Esq. P66157
Attorney for Plaintiffs
43695 Michigan Ave
Canton, Michigan 448188
(734) 397-4540
John@Kelawpc.com